# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**FILED FEB 16 2018 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

| | |
|---|---|
| United States of America<br>v.<br>Amber R. Fusco<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:18mj33<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/20/17__ in the county of __Henrico__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2113(a) and 2 | Bank Robbery and Aiding and Abetting |
| Title 18 USC 924(c) | Brandishing a Firearm during and in furtherance of a crime of violence. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Sayegh
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/16/2018

/s/ Roderick C. Young
United States Magistrate Judge

City and state: Richmond, Virginia

Roderick C. Young, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been since 1997. I am currently assigned to Richmond FBI's Central Virginia Violent Crimes Task Force and my duties include investigating bank robberies, armored car robberies, extraterritorial offenses, kidnappings, armed carjackings and theft of government property. I have investigated numerous criminal violations and have obtained arrest and search warrants.

2. I am aware that 18 U.S.C. §§ 2113 (a) and 2, make it a crime for anyone to take or attempt to take by force, intimidation, or aid and abet in the taking or attempted taking by force or intimidation, any property, money or any other thing of value belonging to, or in the care, custody, control, management or possession of any bank. I am also aware that 18 U.S.C. § 924(c), makes it a crime for anyone to possess or brandish a firearm in furtherance of a crime of violence.

## PROBABLE CAUSE

3. The United States is investigating the robbery of two banks, at least one of which was an armed robbery. Both robberies were committed in the Eastern District of Virginia.

**Bank Robbery 1**:

4. On December 20, 2017, a female subject, later identified as AMBER FUSCO based on her confession detailed below, entered the BB&T Bank located at 5001 Lakeside Avenue, Henrico, Virginia and stood in line. FUSCO allowed customers who had entered the bank after her to move ahead. After all of the other customers had been helped by the bank tellers, she approached P.C., a victim teller. FUSCO handed P.C. a note which read, "I need $10,000 No Dye Packs Make It Fast No Alarms or Else." P.C. told FUSCO she did not have that much money. FUSCO then removed a silver or chrome firearm from her right front jacket pocket and told P.C. to hurry up. P.C. removed more than $1,000.00 in United States currency from her teller drawer and handed the money to FUSCO, who fled the bank on foot. BB&T Bank is insured by the Federal Deposit Insurance Corporation (FDIC). The demand note was recovered by law

enforcement and is described as having been written on lined paper with roses in the top corner. Prints suitable for comparison have been lifted from the demand note.

**Bank Robbery 2:**

5. On December 23, 2017, a female, later identified as AMBER FUSCO, entered the Wells Fargo Bank located at 4901 W. Broad Street, Richmond, Virginia where she stood in the teller line until she was assisted by R.J., a victim teller. FUSCO handed R.J a note which read, "I need all large bills. I have a gun and will use it. You have 30 seconds." R.J. complied with the demand note and passed FUSCO more than $4,400.00 in United States currency along with a 3SI GPS tracking device. FUSCO then fled the bank. The Wells Fargo Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

6. As law enforcement responded to the robbery of the Wells Fargo Bank, Richmond Police received information from 3SI regarding the location of the tracking device as it moved away from the bank. As a result of the information received, Richmond Police blocked traffic at the Forest Hill Avenue toll plaza. Richmond Police located a number of vehicles including a silver Ford Fusion which was occupied by a black male driver, later identified as ANDREW WELTON JR., a white or mixed-race female, and a young child. At that time, Richmond Police did not believe the vehicle to be the subject vehicle due to their observation of a family in the car rather than a lone female subject. Richmond Police allowed the vehicle to proceed through the toll plaza and continued checking other vehicles in the area. 3SI then reported that the GPS tracking device was moving away from the toll plaza. Law enforcement continued to receive updated information from 3SI about the location of the tracking device. As a result, they were able to locate the same Ford Fusion in the area of Patterson Avenue and Parham Road. After a short pursuit, the Fusion

was stopped by police at Patterson Avenue and Nalla Road. The driver, who was the only adult occupant in the vehicle, was identified as ANDREW WELTON.

7. On December 23, 2017, officers conducted a search of the vehicle that was being driven by WELTON and located a blue Vince Camuto purse containing more than $4,000.00 in United States currency; a 3SI tracking device; and 2 rings with the prices tags still on them. Law enforcement officers also located in a ski mask, and a ZTE cellular device.

8. In January 2018, WELTON was interviewed by law enforcement. After being advised of his rights pursuant to *Miranda*, he and agreed to speak with law enforcement. WELTON stated that he was staying in Burlington, Vermont when he met FUSCO and JENNIFER BESSETTE. WELTON admitted he, FUSCO, and BESSETTE had planned and robbed the BB&T and the Wells Fargo banks as described above. WELTON stated he had seen BESSETTE with a silver or chrome firearm during their trip from Vermont to Virginia, and while the three were in Virginia. WELTON recognized it as a real firearm and saw that the firearm was loaded.

9. WELTON was shown two still photos taken from surveillance footage at the end of December 2017 and obtained from Short Pump Town Center. One photo was of a black male wearing sweat pants, a sweatshirt, and burgundy or red boots. The second was of a female wearing a hooded jacket, dark colored pants, and white tennis shoes with what appeared to be a blue Nike swoosh and blue heel/counter. WELTON identified himself as the male in the photograph and identified FUSCO as the female in the photograph.

10. On February 15, 2018, AMBER FUSCO was approached and interviewed by law enforcement. FUSCO admitted to committing the two banks described above. FUSCO identified herself in the surveillance photo as the subject of the BB&T bank robbery. She described the detailed plan for robbing the bank, including indicating that BESSETTE was the getaway driver

and WELTON had provided her with a handgun. According to FUSCO, WELTON chose the banks that were to be robbed.

11. FUSCO additionally admitted to robbing the Wells Fargo bank, indicating that BESSETTE served as the driver while she went inside to rob the bank. WELTON was parked a few blocks away during this time in a different vehicle.

12. On February 15, 2018, JENNIFER BESSETTE was interviewed and admitted to being the getaway driver during both bank robberies. BESSETTE stated that she saw WELTON give the handgun to FUSCO. BESSETTE also admitted to writing the demand note which FUSCO then passed to the teller during the BB&T robbery.

13. Based upon the foregoing and my experience as a law enforcement officer, I believe there is sufficient probable cause to support charging AMBER FUSCO and JENNIFER BESSETTE with one count of violating Title 18 U.S.C. §§ 2113 (a) and 2, bank robbery and aiding and abetting bank robbery; and one count of violating Title 18 U.S.C. § 924(c), brandishing a firearm during the commission of a felony.

Respectfully submitted,

Rob Sayegh
Special Agent
Federal Bureau of Investigation

Richmond, Virginia

Reviewed by Angela Mastandrea-Miller, AUSA

SUBSCRIBED and SWORN before me this 16th day of February 2018.

/s/
Roderick C. Young
United States Magistrate Judge